**Dismissed and Memorandum Opinion filed September 4, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00653-CR

## CHAD SMALL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause No. 1349798**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal of an order granting the State's motion to dismiss. The State filed a motion to dismiss in trial court cause number 1349798 because appellant was convicted in trial court cause numbers 1383973 and 1349797.[1]

Generally, an appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman*

---

[1] In his notice of appeal appellant states he has been granted permission to appeal by the trial court. Such notice, however, does not appear in the record before this court.

*v. State*, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.).

An order granting the State's motion to dismiss is not a separately appealable order. Because this appeal does not fall within the exceptions to the general rule that appeal may be taken only from a final judgment of conviction, we have no jurisdiction.

In addition, the order appellant attempts to appeal was signed May 9, 2014, but the notice of appeal was not filed until July 28, 2014. A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).